■ JUAN GORBEA, Appellant, v ELI URIEL, Defendant and Third-Party Plaintiff-Respondent. FIVE BORO ROOFING AND SHEETMETAL WORKS, INC., Third-Party Defendant-Respondent. [786 NYS2d 744]—Order, Supreme Court, Bronx County (Barry Salman, J.), entered October 21, 2003, unanimously affirmed for the reasons stated by Salman, J., without costs or disbursements. No opinion. Concur—Tom, J.P., Andrias, Saxe, Friedman and Gonzalez, JJ.